**ALEXANDER E. RAMOS #15234**
**LANGFORD | RAMOS, PLLC.**
43 East 400 South
Salt Lake City, Utah 84111
T. 801.328.4090
F. 801.364.3232
alex@langfordramos.com

*Attorney for Defendant*

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**LATEESHA RICHARDS,**<br><br>    **Defendant.** | **EMERGENCY MOTION FOR REVIEW OF MAGISTRATE'S ORDER OF DETENTION**<br><br>**Case No. 2:20-cr-182**<br>**Honorable Judge David Barlow** |

Lateesha Richards, pursuant to 18 U.S.C. 3145(b) and Local Rule of Criminal Procedure 57-16, hereby appeals the order of detention entered by Magistrate Judge Jared Bennett on August 12, 2020, detaining Mr. Richards until her trial. Judge Bennett ordered Ms. Richards to self-surrender to the U.S. Marshals by 9:00 A.M. on August 14, 2020. Ms. Richards requests that this Court schedule a hearing on her motion on or before August 14, 2020.

If ordered detained by a magistrate judge, a person may file with the court having original jurisdiction over the offense, a motion or revocation or amendment of the order. *18 U.S.C. § 3145(b)*. A motion for review of a detention order "shall be

determined promptly." *Id.* The standard of review is *de novo*.[1]

                                DATED: 12 AUGUST 2020

                                /s/ *ALEXANDER E. RAMOS*
                                LANGFORD | RAMOS, PLLC.
                                Attorney for Lateesha Richards

---

[1] *See United States v. Kelsey*, 82 Fed. Appx. 652, 653 (10th Cir. 2003) (discussing the district court *de novo* redetermination of the issue of detention after magistrate judge's denial of defendant's release on bail); *United States v. Gonzales*, 149 F.3d 1192 (Table), 1998 WL 321218, at *1 (10th Cir. 1998) (referring to the district court *de novo* review of a magistrate judge's detention order).