FILED
2021 MAY 20 PM 3:47
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
J. DREW YEATES, Assistant United States Attorney (#9811)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (#DC 994799)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:20-cr-00182 |
| Plaintiff, | : | FELONY INFORMATION |
| vs. | : | VIOLATION: |
| LATEESHA RICHARDS, | : | Count I: 18 U.S.C. § 231(a)(3), Civil Disorder. |
| Defendant. | : | Judge David B. Barlow |
| | : | |

The Acting United States Attorney charges:

**COUNT I**
**18 U.S.C. § 231(a)(3)**
**[Civil Disorder]**

On or about May 30, 2020, in the District of Utah,

LATEESHA RICHARDS,

defendant herein, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is an officer from the Salt Lake City Police Department, lawfully engaged in the lawful performance of his/her official duties

incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function and the movement of any article or commodity in commerce; all in violation of 18 U.S.C. § 231(a)(3).

DATED this 20th day of May, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

JONATHAN YEATES
Digitally signed by JONATHAN YEATES
Date: 2021.05.20 14:58:29 -06'00'

J. DREW YEATES
Assistant United States Attorney